■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANCISCO MOLINA DEL RIO, Also Known as PANCHO.— Motion for leave to file a brief *amicus curiæ* granted only insofar as to permit movant to file a brief as *amicus curiæ* on or before October 8, 1962.  Respondent's reply points, if any, are to be served and filed on or before October 15, 1962.  Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIS EVE.— Motion for an order vacating the order of this court, entered on October 19, 1959, denied. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ HELENE D. STAHL v. STANLEY STAHL.— Motion for resettlement granted.  Concur — Valente, Stevens and Steuer, JJ.; Breitel, J. P. and Eager, J., concur on the ground that the judgment should conform to the majority opinion.  Submit resettled order.

■ LEON FOSTON v. QUINCY COMPRESSOR Co. et al. ARGO COMPRESSOR SERVICE CORP. v. PIONEER FIREPROOF DOOR CORP.— Motion[s] to dismiss appeal granted, with $10 costs, unless the appellant perfects the appeal for argument or submission for the April 1963 Term of this court.  Motion to withdraw as counsel denied, without prejudice, and with leave to renew the application of the plaintiff to prosecute the appeal as a poor person upon a showing of merit to the appeal, a complete factual showing that the appellant qualifies for poor person relief, and upon a stipulation by the attorney of record and counsel for the plaintiff that, in any event, they will agree to accept only such compensation as is allowed by the court.  Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ ARTHUR A. KNAPP v. GLORIA KNAPP.— Motion to dismiss appeal or for consolidation denied, without prejudice, however, to a renewal thereof upon proper papers.  Motion for leave to consolidate two appeals denied, without prejudice, however, to a renewal thereof upon proper papers.  Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.